UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROGER HENSLEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-00306 |
| | § | |
| TROY CONSTRUCTION, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the Parties' Joint Motion for Approval of Settlement ("Motion"). Dkt. 27. The Court, having considered the Motion, the fact that the Motion is made by all Parties, the documents on file with the Court Clerk, and the Parties' Confidential Settlement Agreement ("Agreement"), which was reviewed by the Court in camera, finds that there is a bona fide dispute between the Parties regarding Plaintiff's FLSA claims, the Agreement was reached after arms-length negotiations, and the Agreement is a fair, reasonable, and adequate settlement of this matter. As a result, the Motion is well taken and should be **GRANTED**.

It is therefore **ORDERED** that the Parties' Confidential Settlement Agreement is **APPROVED**. Additionally, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

**THIS IS A FINAL JUDGMENT**

SIGNED at Galveston, Texas, this 15th day of May, 2019.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge